IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JAMES BRAZELL,                          ) | |
|     Plaintiff,      ) | |
|                     ) | CIVIL ACTION NO. |
|     v.              ) | 3:15cv600-MHT |
|                     ) | (WO) |
| SMOKEY PIG BARBECUE #1,                 ) | |
| INC., a Foreign                         ) | |
| Corporation,                            ) | |
|                     ) | |
|     Defendant.      ) | |

## JUDGMENT

Having considered the plaintiff's notice of voluntary dismissal (doc. no. 7), it is ORDERED that this lawsuit is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 17th day of September, 2015.

                            /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE